Robert W. Dickerson, Jr. (SBN 089367)
E-mail: rdickerson@comp-techlaw.com
Competition and Technology Law Group LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 774-2337
Fax: (213) 799-3642

Attorneys for Plaintiff
RUMBLE CANADA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE CANADA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC and ALPHABET, INC., <br><br> Defendants. | Case No.: 5:24-cv-02880 <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY PLAINTIFF RUMBLE CANADA, INC.** |

TO THE COURT, AND ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

Plaintiff RUMBLE CANADA, INC. ("Plaintiff") hereby submits its Certification of Conflicts and Interested Entities or Persons, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. 1000045707 Ontario Inc.
2. 1000045728 Ontario Inc.
3. Rumble, Inc. (a publicly traded company)
4. Rumble USA, Inc.
5. Rumble Cloud USA, Inc.
6. Locals Technology, Inc.

1 | DATED: May 28, 2024

**COMPETITION & TECHNOLOGY LAW GROUP LLP**

By: /s/ Robert W. Dickerson, Jr.
Robert W. Dickerson, Jr.

*Attorneys for Plaintiff*
RUMBLE CANADA, INC.