JUSTINA K. SESSIONS, State Bar No. 270914
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

[APPROVED stamp signed by Judge Beth Labson Freeman]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUMBLE CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No.: 5:24-cv-02880-BLF <br><br> **STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiff Rumble Canada Inc. ("Plaintiff") and defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:

WHEREAS, Plaintiff served Defendants with the complaint on May 28, 2024, and Defendants' deadline to answer or otherwise respond to the complaint is June 18, 2024;

WHEREAS, Defendants request an extension of time to respond to the complaint. Plaintiff does not object to Defendants' request;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

(1) The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 1, 2024.

**IT IS SO STIPULATED.**

Dated: June 11, 2024

/s/ Robert W. Dickerson, Jr.
Robert W. Dickerson, Jr.
(SBN 089367)
Competition and Technology Law
Group LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 774-2337
Email: rdickerson@comp-techlaw.com
Fax: (213) 799-3642

Mark Meador
*PHV to be filed*
Email: mark@kressinmeador.com
Brandon Kressin
*PHV to be filed*
Email: brandon@kressinmeador.com
Kressin Meador Powers LLC
300 New Jersey Ave., Suite 900,
Washington, DC 20001
Tel: 202.464.2905

*Attorneys for Plaintiff Rumble Canada Inc.*

Respectfully submitted,

/s/ Justina Sessions
Justina K. Sessions
(SBN 270914)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: 650-618-9250
Email: justina.sessions@freshfields.com

*Attorney for Defendants Google LLC and Alphabet Inc.*

### ATTESTATION

I, Justina K. Sessions, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Executed this 11 day of June 2024, in Redwood City, California.

/s/ Justina K. Sessions
Justina K. Sessions

STIPULATION REGARDING DEFENDANTS'
DEADLINE TO RESPOND TO THE COMPLAINT
CASE NO. 5:24-cv-02880-BLF

-2-