Robert W. Dickerson, Jr.
(SBN 089367)
Email: rdickerson@comp-techlaw.com
Competition and Technology Law Group LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 774-2337
Fax: (213) 799-3642

Mark Meador
*Admitted PHV*
Email: mark@kressinmeador.com
Kressin Meador Powers LLC
300 New Jersey Ave., Suite 900
Washington, DC 20001
Tel: 202.464.2905

*Attorneys for Plaintiff Rumble Canada Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RUMBLE CANADA INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Civil Action No. 5:24-cv-02880-BLF <br><br> **STIPULATION REGARDING DUE DATES FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY REGARDING DEFENDANTS' MOTION TO DISMISS (Dkt. 17)** |

-1-

STIPULATION REGARDING DUE DATES FOR OPPOSITION AND REPLY
REGARDING DEFENDANTS' MOTION TO DISMISS
CIVIL ACTION NO. 5:24-cv-02880-BLF

Pursuant to Civil Local Rules 6-1(b) and 6-2, plaintiff Rumble Canada Inc. ("Plaintiff") and defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:

WHEREAS, Plaintiff served Defendants with the complaint on May 28, 2024, and pursuant to Stipulation and Order of the Court, Defendants' deadline to answer or otherwise respond to the complaint was extended to August 1, 2024 (Dkts. 13 and 14);

WHEREAS, on August 1, 2024, Defendants filed a Motion to Dismiss (Dkt. 17);

WHEREAS, the Court has set the hearing on Defendants' Motion to Dismiss for January 2, 2025 (Dkt. 19)

WHEREAS, the parties, by counsel of record, have agreed upon a revised briefing schedule for the Opposition and Reply regarding the Motion to Dismiss, with Plaintiff's Opposition due on October 8, 2024, and Defendants' Reply due on November 12, 2024;

WHEREAS, the agreed-upon revised briefing schedule will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the Declaration of Robert W. Dickerson in support of this Stipulation is being concurrently filed.

NOW THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties through their respective counsel hereby stipulate as follows and request an Order that:

(1) The deadline for Plaintiff to file its Opposition to Defendants' Motion to Dismiss is October 8, 2024; and

-2-

STIPULATION REGARDING DUE DATES FOR OPPOSITION AND REPLY
REGARDING DEFENDANTS' MOTION TO DISMISS
CIVIL ACTION NO. 5:24-cv-02880-BLF

(2) The deadline for Defendants to file their Reply to Plaintiff's Opposition is November 12, 2024.

**IT IS SO STIPULATED.**

Dated: August 13, 2024                      Respectfully submitted,

*/s/ Robert W. Dickerson, Jr.*              */s/ Justina K. Sessions*
Robert W. Dickerson, Jr.**                  Justina K. Sessions
(SBN 089367)                                FRESHFIELDS BRUCKHAUS
Email: rdickerson@comp-techlaw.com          DERINGER US LLP
Competition and Technology Law              855 Main Street
Group LLP                                   Redwood City, CA 94063
11400 W. Olympic Blvd., Suite 200           Telephone: 650-618-9250
Los Angeles, CA 90064                       Email: justina.sessions@freshfields.com
Tel.: (310) 774-2337
Fax: (213) 799-3642                         *Attorney for Defendants Google LLC and Alphabet Inc.*

Mark Meador
*Admitted PHV*
Email: mark@kressinmeador.com
Kressin Meador Powers LLC
300 New Jersey Ave., Suite 900,
Washington, DC 20001
Tel: 202.464.2905

*Attorneys for Plaintiff Rumble Canada Inc.*

## ATTESTATION

I, Robert W. Dickerson, Jr., am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Robert W. Dickerson, Jr.*

-3-

STIPULATION REGARDING DUE DATES FOR OPPOSITION AND REPLY
REGARDING DEFENDANTS' MOTION TO DISMISS
CIVIL ACTION NO. 5:24-cv-02880-BLF