Robert W. Dickerson, Jr.
(SBN 089367)
Email: rdickerson@comp-techlaw.com
Competition and Technology Law Group LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 774-2337
Fax: (213) 799-3642

Mark Meador
*Admitted PHV*
Email: mark@kressinmeador.com
Kressin Meador Powers LLC
300 New Jersey Ave., Suite 900
Washington, DC 20001
Tel: 202.464.2905

*Attorneys for Plaintiff Rumble Canada Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RUMBLE CANADA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>    Defendants. | Civil Action No. 5:24-cv-02880-BLF<br><br>**[~~PROPOSED~~] ORDER RE DUE DATES FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY REGARDING DEFENDANTS' MOTION TO DISMISS (Dkt. 17)**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |

-1-

[~~PROPOSED~~] ORDER REDUE DATES FOR OPPOSITION AND REPLY
REGARDING DEFENDANTS' MOTION TO DISMISS
CIVIL ACTION NO. 5:24-cv-02880-BLF

Pursuant to Stipulation of the Parties (Dkt. 21), and for Good Cause shown,

(1) The deadline for Plaintiff to file its Opposition to Defendants' Motion to Dismiss (Dkt. 17) is October 8, 2024; and

(2) The deadline for Defendants to file their Reply to Plaintiff's Opposition is November 12, 2024.

(3) In addition, IT IS HEREBY ORDERED that all future filings must be on pleading paper with the lines numbered on the left side.

**IT IS SO ORDERED.**

August 14. 2024

_____
Honorable Beth Labson Freeman
United States District Court Judge