# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RUMBLE CANADA, INC., <br> Plaintiff, <br> v. <br> GOOGLE LLC, et al., <br> Defendants. | Case No. 24-cv-02880-BLF <br><br> **ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING** <br><br> [Re: ECF 17] |

Defendants' motion to dismiss (ECF 17) filed August 1, 2024 is hereby TERMINATED AS MOOT in light of Plaintiff's filing of a first amended complaint (ECF 23) on August 22, 2024. *See* Fed. R. Civ. P. 15(a)(1)(B) (permitting a plaintiff to amend once as a matter of course within 21 days after service of a Rule 12(b) motion). The hearing on the motion to dismiss, previously scheduled for January 2, 2025, is VACATED.

**IT IS SO ORDERED.**

Dated: August 26, 2024

_____
BETH LABSON FREEMAN
United States District Judge