1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13
14
15
16
17
18

RUMBLE CANADA INC.,

         Plaintiff,

v.

GOOGLE LLC and ALPHABET INC.,

         Defendants.

Case No.  5:24-cv-02880-BLF

**[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR ORDER REGARDING RESCHEDULING BRIEFING ON MOTION TO DISMISS AND DATES FOR CASE MANAGEMENT STATEMENT AND CONFERENCE**
**\*\*AS MODIFIED BY THE COURT\*\***

19
20
21
22
23
24
25
26
27
28

Pursuant to the Parties' Joint Stipulation Regarding Rescheduling Briefing On Motion To Dismiss And Dates For Case Management Statement And Conference (ECF No. 36), as modified by the Court, IT IS HEREBY ORDERED that:

1. That the due date for Plaintiff's Opposition to the Motion to Dismiss be continued to November 26, 2024;

2. That the due date for Defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss be continued to December 23, 2024;

3. That the initial case management conference be continued from October 31, 2024 to December 19, 2024 at 11:00 am PT via video conference; and

4. That the due date for the parties' Joint Case Management Statement be continued to December 12, 2024.

5. That discovery in this case is stayed at least until Google's motion to dismiss is resolved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 21, 2024

_____
Hon. Beth Labson Freeman
United States District Judge